**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRAFTWOOD LUMBER COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ESSENDANT, INC., *et al.*, <br><br> Defendants. | **Civil Action No. 16-cv-04321** <br><br> Hon. Thomas M. Durkin <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Craftwood Lumber Company and Craftwood II, Inc., dba Bay Hardware, and Defendants Essendant, Inc., and Essendant Co., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

DATED: October 30, 2020         PAYNE & FEARS LLP

*/s/ C. Darryl Cordero*
Scott O. Luskin
C. Darryl Cordero

Payne & Fears LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245
Tel: (310) 689-1750
Fax: (310) 689-1755
sol@paynefears.com
cdc@paynefears.com

*Attorneys for Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood Lumber Company*

DATED:  October 30, 2020 KELLEY DRYE & WARREN LLP

*/s/ Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
jsaylor@kelleydrye.com

James B. Saylor
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Phone (212) 808-5052
jsaylor@kelleydrye.com

Catherine E. James
Steven Yovits
KELLEY DRYE & WARREN LLP
333 W. Wacker Dr.
Chicago, Illinois 60606
Phone (312) 857-7070
syovits@kelleydrye.com
cjames@kelleydrye.com

*Attorneys for Defendants Essendant Inc.
and Essendant Co.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

/s/ C. Darryl Cordero
C. Darryl Cordero

4825-1172-7056.1